# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **DONALD MYERS**, | Case No.: 3:21-cv-05870-JHC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **CENTRAL PORTFOLIO CONTROL, INC.,** | |
| Defendant. | |

Upon stipulation of the parties, this matter is dismissed with prejudice, with each side to bear their own costs and attorney fees.

Dated this 12th day of December, 2022.

_____
Honorable John H. Chun
United States District Judge

ORDER OF DISMISSAL
Case No. 3:21-cv-05870-JHC

1